

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-13-00736-CV

Style:      In re Knight Refrigerated, LLC and Carroll Chapman, Relators

Date motion filed[*]:      November 12, 2013

Type of motion:      Unopposed request for abatement of mandamus proceedings

Party filing motion:      Relators Knight Refrigerated, LLC and Carroll Chapman

Document to be filed:

If motion to extend time:

     Original due date:

     Number of previous extensions granted:      Current Due date:

     Date Requested:

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due:  December 27, 2013

         ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

     **The mandamus proceeding in this Court is abated. Relators are ordered to advise this Court of the status of the settlement proceedings or file a motion to dismiss their petition for writ of mandamus within 45 days of the date of this order.**

Judge's signature:   /s/ Michael Massengale

         ☑     Acting individually     ☐    Acting for the Court

Panel consists of _____

Date: November 12, 2013

November 7, 2008 Revision